```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

**MICHAEL L. FERRARI,**

      Petitioner,

    vs.                             Civil Action 2:14-cv-1524
                                        Judge Smith
**WARDEN, PICKAWAY CORRECTIONAL**      Magistrate Judge King
**INSTITUTION,** *et al.,*

      Respondents.

## ORDER

On January 29, 2015, the United States Magistrate Judge recommended that the action be dismissed for failure to prosecute. *Report and Recommendation*, ECF 15. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 15, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED** for failure to prosecute.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** and to remove ECF 12 from the Court's pending motions list.

                                        *s/George C. Smith*
                                        George C. Smith, Judge
                                        United States District Court